# **EXHIBIT 5**

| | | |
|---|---|---|
| | **ATTACHMENTS** | |
| Type : | Mugshot Or Booking Photo | |
| Name : | 30 SEP 16 MOLINA | |
| Image : | | |



| | |
|---|---|
| Type : | Other Scanned Document |
| Name : | DAVID6329 BAO Certification 2016-2019 |
| File Name : | DAVID6329 BAO Certification 2016-2019.pdf |

MEM

Page 43

IL ISP ELTRONIC 000812
Attachment 1, Page 10 of 18
Date 6/12/18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER