# EXHIBIT 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHELE M. MOLINA,<br><br>    Plaintiff,<br><br>v.<br><br>GLENN LATRONICO, Illinois State Trooper, Star No. 6589; and ERIC DAVID, Illinois State Trooper, Star No. 6329,<br><br>    Defendants. | No.    1:18-cv-6632 |

### AFFIDAVIT OF LAURA MORASK

1. My name is Laura Morask.

2. I am of sound mind and body, I am over the age of 18, and under penalty of perjury, state the following:

3. I have personal knowledge of the facts of the criminal charges made against Michele Molina on September 30, 2016, and the disposition of same.

4. I was the attorney that represented Michelle Molina against the criminal charges on September 30, 2016.

5. I reviewed the Ticket Activity for Ticket #39208567; the charge for violation of 625 ILCS 5/11-501(a)(1), Driving Under the Influence of Alcohol, which is attached hereto as **Exhibit 1**.

6. During the prosecution of Michele Molina for that charge, I telephonically met with Assistant Cook County State's Attorney, Michael Clarke (hereinafter ASA Clarke).

7. During that meeting, I requested ASA Clarke to view the dashcam video of the traffic stop and eventual arrest of Michele Molina by Trooper Eric David on September 30, 2016. I also discussed and sent ASA Clarke additional evidence I had gathered during my investigation into this matter.

8. I received a return telephone call from ASA Clarke who stated he had reviewed the case, including the traffic stop and arrest of Michele Molina on September 30, 2016, and he believed that the State did not have any reasonable grounds to pursue this prosecution, and

that the Cook County State's Attorney's Office could therefore no longer pursue the prosecution of Michele Molina for Ticket #39208567, alleging a violation of 625 ILCS 5/11-501(a)(1), and that Ms. Molina would not be prosecuted. The State's Attorney's Office requested that the case be *nolle prossed*.

9. As a result, on March 30, 2017, the judge entered an order for *nolle prosequi*.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Laura Morask

Under penalties as provided by law pursuant to 18 U.S. Code § 1621, I certify that the statements set forth herein are true and correct.